IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FRANK TYRONE WILSON,

   Appellant,

             Case No.  5D22-1105
 v.            LT Case No. 2020-CF-000283-A-O

STATE OF FLORIDA,

   Appellee.

_____/

Decision filed November 22, 2022

Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Matthew J. Metz, Public Defender, and
Allison A. Havens, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

  AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.